638

*Elmer L. Brock, John P. Akolt, E. R. Campbell,* and *Milton Smith* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Morris P. Glushien* for respondent.

No. 419. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HUTCHINGS. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Biddle* for petitioner.

No. 436. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ESTATE OF ENRIGHT ET AL. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. James D. Carpenter, Jr.* for respondents.

No. 437. HARRISON, COLLECTOR OF INTERNAL REVENUE, *v.* SCHAFFNER. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Biddle* for petitioner. *Messrs. Isaac H. Mayer, Carl Meyer, Herbert A. Friedlich,* and *Louis A. Kohn* for respondent.

No. 442. NATIONAL LABOR RELATIONS BOARD *v.* EXPRESS PUBLISHING Co. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Biddle* and *Mr. Charles Fahy* for petitioner.